JAI M. GOHEL, CA SBN No. 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748
Email: jaigohel@rocketmail.com

Attorney for Plaintiff
CHAD ALLEN GOFORTH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oo0oo-

| | |
|---|---|
| CHAD ALLEN GOFORTH,<br><br>      Plaintiff,<br>  v.<br><br>CITY OF VACAVILLE, a municipal entity, form unknown; Unknown Vacaville Police Officers, Supervisors and Policymakers, in their individual and official capacities, referred to here as DOES 1 to 50, included.<br><br>      Defendants. | No. 08-CV-02415-MCE-GGH<br><br>ORDER |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff CHAD ALLEN GOFORTH may file the First Amended Complaint attached as Exhibit 1 to the Parties Stipulation Re: Filing First Amended Complaint.

**DATED:** April 20, 2009

_/s/ Morrison C. England, Jr._
**MORRISON C. ENGLAND, JR**
**UNITED STATES DISTRICT JUDGE**

-1-

PDF created with pdfFactory trial version www.pdffactory.com